IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Terrence Terrell Bryan, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No.: 4:08-cv-1590-TLW-TER |
| ) | |
| South Carolina Department of Corrections, ) | |
| Warden Cartledge, and Responsible ) | |
| Officials, ) | |
| ) | |
| Respondents. ) | |
| _____) | |

# ORDER

Terrence Terrell Bryan ("Petitioner") filed a petition for a writ of habeas corpus on April 15, 2008. (Doc. # 1). The case was assigned to United States Magistrate Judge Thomas E. Rogers, III pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02, D.S.C. The Magistrate Judge issued a Report and Recommendation, which recommended that Respondents' motion for summary judgment, (Doc. # 25), be granted. (Doc. # 45). On March 16, 2009, this Court issued an order accepting the Report and Recommendation. (Doc. # 55). Petitioner filed a Notice of Appeal on October 22, 2010. (Doc. # 66). Pursuant to 28 U.S.C. § 2253(c), the Fourth Circuit Court of Appeals remanded the case back to this Court for a ruling as to whether to grant a certificate of appealability. (Doc. # 73).

The Court has reviewed this petition in accordance with Rule 11 of the Rules Governing Section 2254 Proceedings. The Court concludes that it is not appropriate to issue a certificate of appealability as to the issues raised in the petition. Petitioner is advised that he may seek a certificate from the Fourth Circuit Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED.**

                                                                                 s/Terry L. Wooten
TERRY L. WOOTEN
United States District Judge

November 3, 2010

Florence, South Carolina